In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00424-CV

_____


IN RE MICHAEL KENNEDY

_____

Original Proceeding
411th District Court of Polk County, Texas
Trial Cause No. CIV31334

_____

**MEMORANDUM OPINION**

Michael Kennedy filed a petition for a writ of mandamus to compel the trial court to rule on Kennedy's motions for an injunction. Kennedy supplemented his mandamus petition with copies of documents that indicate that a final order or judgment has been signed.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Generally, there is no benefit to mandamus relief after an appealable

1

judgment has been signed. *See In re Energy Transfer Fuel, L.P.*, 298 S.W.3d 348, 351 (Tex. App.—Tyler 2009, orig. proceeding).

After reviewing Kennedy's mandamus petition and appendices, we conclude that he has not shown that he is entitled to mandamus relief. Accordingly, the petition for a writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on January 10, 2018
Opinion Delivered January 11, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.